ENID STEWART JAGOE, Appellant, v. BAIRD-DANIELS COMPANY, INC., and Others, Respondents.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

NATIONAL ELECTROTYPE COMPANY, Respondent, v. KENNETH R. PENNIE, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Arbitration of Certain Controversies between REUBEN LANDER, Respondent, against FIRST OBERTINER SICK AND BENEVOLENT SOCIETY (Literal English Translation of the Jewish Name, Being ERSTE ABERTINER K. U. V.), under a Certain Written Submission Dated the 27th Day of June, 1934, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, Respondent, for an Order to Take Possession of the Property and to Conserve the Assets of the INTERNATIONAL REINSURANCE CORPORATION, DOVER, DELAWARE, and INDEPENDENCE INDEMNITY COMPANY. (Claim No. C. I. 240.) — HOYT AVENUE GARDENS, INC., Claimant, Appellant.— Order so far as appealed from affirmed, with costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Merrell, Townley and Glennon, JJ.

MAE MURRAY, Also Known as PRINCESS MAE MDIVANI, Appellant, v. TIFFANY PRODUCTIONS, INC., Respondent, and HERBERT E. CRONENWETH, Defendant.— Upon the present record the finding that the defendant Tiffany Productions, Inc., had earned no profits in October, 1924, is against the weight of the evidence. Judgment reversed and a new trial ordered, with costs to the appellant to abide the event. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of VIRGIL BARKER, Administrator, etc., of JAMES H. KILLIN, Deceased, Appellant, Respondent; CORA DAYTON, Objectant, Respondent, Appellant.— Decree so far as appealed from affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of Proving the Last Will and Testament of HERMAN GOLDBERG, Also Known as HYMAN GOLDBERG, Deceased.— Decree affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GERTRUDE C. ARMSTRONG, Appellant, v. B. WHEELER DYER and Others, Defendants, Impleaded with J. OAKLEY HOBBY, JR., and Others, Respondents.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GEORGE S. VAN SCHAICK, as Conservator of the Assets of the UNION INDEMNITY COMPANY IN THE STATE OF NEW YORK, Appellant, v. DAVID RUKIN and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.